1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RONALD MAFRICI, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>FEDERATED MUTUAL INSURANCE COMPANY,<br><br>   Defendant. | Case No. 2:15-cv-01404-KJM-AC<br><br>Honorable Kimberly J. Mueller<br><br>**ORDER GRANTING CONTINUANCE OF THE CASE MANAGEMENT DATES**<br><br>Complaint Filed: July 1, 2015 |

# **ORDER**

Having considered the stipulation of the parties, and for good cause appearing, it is hereby ordered that case management dates in this matter be continued as follows:

| EVENT | CURRENT DATE | REQUESTED DATE |
|---|---|---|
| Fact discovery cut-off | 9/7/16 | 1/9/17 |
| Expert designations due | 9/7/16 | 1/9/17 |
| Expert reports due | 9/21/16 | 1/23/17 |
| Expert discovery cut-off | 11/7/16 | 2/23/17 |
| Last day dispositive motions may be heard | 1/13/17 | 3/24/17 |
| Joint Pretrial Conference Statement due | 4/14/17 | 07/21/17 |
| Pretrial Conference | 5/5/17 | 08/11/17 at 10:00 AM |
| Trial briefs due | 6/5/17 | 9/11/17 |
| Trial | 6/19/17 | 9/25/17 at 9:00 AM |

IT IS SO ORDERED.

DATED: June 22, 2016

_____
UNITED STATES DISTRICT JUDGE

1

Case No. 2:15-cv-01404-KJM-AC