**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| RONALD MAFRICI, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERATED MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:15-cv-01404-KJM-AC<br><br>Honorable Kimberly J. Mueller<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST SETS OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Complaint Filed:   July 1, 2015 |

# **ORDER**

Having considered the stipulation of the parties, and for good cause appearing, it is hereby ordered that Defendant Federated Mutual Insurance Company shall have up to and until October 3, 2016 to serve responses to Plaintiff Ronald Mafrici's first sets of interrogatories and requests for production.

IT IS SO ORDERED.

DATED: August 15, 2016

_____
UNITED STATES DISTRICT JUDGE

1

Case No. 2:15-cv-01404-KJM-AC